Daniel E. Birkhaeuser (California Bar No.136646)
Jennifer S. Rosenberg (California Bar No.121023)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
dbirkhaeuser@bramsonplutzik.com

David Boies
Timothy Battin
Christopher Le
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704

Eric J. Pickar
BANGS, McCULLEN, BUTLER, FOYE & SIMMONS, LLP
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD 57709-2670
Telephone: (605) 343-1040

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CIVIL ACTION NO. M:08-CV-01917-SC |
| This Document Relates to: <br><br> DONNA ELLINGSON v. CHUNGHWA PICTURE TUBES, LTD. *et al.*, Case No. C08-01364 | **ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES SHOULD BE RELATED** |

Plaintiff Donna Ellingson hereby moves for consideration of whether *Donna Ellingson v. Chunghwa Picture Tubes. Ltd. et al.*, Case No. C08-01364, filed on March 10, 2008 is related to *In Re Cathode Ray Tube (CRT) Litigation, No. M: 08-CV-0917-SC*, created by the Transfer Order attached as Exhibit A to the accompanying Declaration of Jennifer S. Rosenberg in Support of Administrative Motion to Consider Whether Cases Should be Related.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially similar transactions and events involving similar questions of law and fact. These actions involve the same conduct by essentially the same defendants. The complaints in each action are brought on behalf of purchasers of cathode ray tubes (CRTs) and allege similar claims under Section 16 of the Clayton Act, 15 U.S.C. § 26 for violations of Section 1 of the Sherman Act, 15 U.S.C. § 1 as well as violations of state antitrust, consumer protection, unfair trade, and deceptive trade practices laws. Their allegations are substantively identical.

Four previously filed indirect purchaser actions, *Juetten v. Chunghwa Picture Tubes, Ltd., Caldwell v. Matsushita Electric Industrial Co., Figone v. LG Electronics, Inc.* and *Pierce v. Beijing-Matsushita Color CRT Company, Ltd.*, have already been related and consolidated in the MDL proceeding, as well as various direct purchaser actions. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, relating this case will conserve judicial resources and promote an efficient determination of the actions.

There are over a dozen related and/or associated actions in the MDL proceeding to date, and not all defendants have appeared. To date, no Defendants have been served in *Ellingson*. A hearing on leadership structure among the plaintiffs in the MDL proceeding is scheduled for April 4, 2008. Under these circumstances, it was and is impracticable to obtain a universal stipulation to relate this case to while still complying with L.R. 3-12, which instructs that administrative motions

/   /   /   /   /
/   /   /   /   /
/   /   /   /   /
/   /   /   /   /

to relate cases must be made promptly.

                                              Respectfully submitted,

Dated: March 12, 2008        BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP

_____
Jennifer S. Rosenberg

Daniel E. Birkhaeuser
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
dbirkhaeuser@bramsonplutzik.com

David Boies, III, Esq.
Timothy D. Battin, Esq.
Ian Otto, Esq.
Nathan Cihlar, Esq.
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
tbattin@straus-boies.com

Eric J. Pickar
BANGS, McCULLEN, BUTLER, FOYE & SIMMONS, LLP
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD 57709-2670
Telephone: (605) 343-1040
epickar@bangsmccullen.com

54724