1  Daniel E. Birkhaeuser (California Bar No.136646)
   Jennifer S. Rosenberg (California Bar No.121023)
2  BRAMSON, PLUTZIK, MAHLER &
   BIRKHAEUSER, LLP
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, CA  94598
4  Telephone: (925) 945-0200
   Facsimile:  (925) 945-8792
5  dbirkhaeuser@bramsonplutzik.com

6  David Boies, III
   Timothy D. Battin
7  Ian Otto
   Nathan Cihlar
8  STRAUS & BOIES, LLP
   4041 University Drive, Fifth Floor
9  Fairfax, Virginia 22030
   Telephone:  (703) 764-8700
10 Facsimile:  (703) 764-8704

11 Eric J. Pickar
   BANGS, McCULLEN, BUTLER, FOYE & SIMMONS, LLP
12 333 West Boulevard, Suite 400
   P.O. Box 2670
13 Rapid City, SD 57709-2670
   Telephone: (605) 343-1040
14
   Attorneys for Plaintiff
15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CIVIL ACTION NO. M:08-CV-01917-SC |
| This Document Relates to:<br><br>DONNA ELLINGSON v. CHUNGHWA PICTURE TUBES, LTD. *et al.*, Case No. C08-01364 | **DECLARATION OF JENNIFER S. ROSENBERG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Jennifer S. Rosenberg, declare:

1. I am admitted to practice in this District. I am senior counsel to Bramson, Plutzik, Mahler & Birkhaeuser LLP, one of the law firms representing plaintiff in *Ellingson v. Chunghwa Picture Tubes., Ltd.,* Case No. C08-01364. I submit this Declaration in support of plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

2. This action is brought by an indirect purchaser of cathode ray tubes (CRT), alleging a conspiracy to fix the prices of CRT by the defendants.

3. On February 28, 2008, the United States Judicial Panel on Multidistrict Litigation entered an order transferring similar litigation on file in the Southern District of New York to the Northern District of California, and assigning the CRT litigation to this Court for coordinated or consolidated pretrial proceedings with the action already pending there. The Transfer Order also noted that there were 26 other related actions on file: 12 in the Northern District of California and the balance in various jurisdictions elsewhere. A true copy of the Transfer Order is attached hereto as Exhibit A.

4. Before the Transfer Order was issued, the Court had already granted a number of motions pursuant to LR 3-12, and related those cases. Four previously filed indirect purchaser actions, *Juetten v. Chunghwa Picture Tubes, Ltd., Caldwell v. Matsushita Electric Industrial Co., Figone v. LG Electronics, Inc. and Pierce v. Beijing-Matsushita Color CRT Company, Ltd.,* have already been related and consolidated in the MDL proceeding, as well as various direct purchaser actions.

5. *Ellingson* involves substantially similar transactions and events involving similar questions of law and fact to the cases already made part of the MDL proceeding. These actions involve the same conduct by essentially the same defendants. The complaints in each action are brought on behalf of indirect and direct purchasers of CRTs, and allege similar claims under Section 16 of the Clayton Act, 15 U.S.C. § 26 for violations of Section 1 of the Sherman Act, 15 U.S.C. § 1 as well as violations of state antitrust, consumer protection, unfair trade, and deceptive

1  trade practices laws. Their allegations are substantively identical to those already related to the
2  MDL cases.
3        6.    Not all defendants have yet appeared in the MDL proceeding. To date, no
4  defendants have been served in *Ellingson,* and plaintiff Ellingson has not appeared in any of the
5  cases involved in the MDL proceeding. A motion concerning the plaintiffs' leadership structure in
6  the MDL proceeding is set for April 4, 2008. Under these circumstances, it was and is
7  impracticable to obtain a universal stipulation to relate this case to the MDL proceeding while still
8  complying with L.R. 3-12, which instructs that administrative motions to relate cases must be made
9  promptly.

      I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct. Executed the 11th day of March, 2008, at Walnut Creek, California.

_____
Jennifer S. Rosenberg

# EXHIBIT A

A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Feb 15, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**ORIGINAL**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Feb 15, 2008

FILED
CLERK'S OFFICE

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al., )
   N.D. California, C.A. No. 3:07-5944 )
Andrew Kindt v. Matsushita Electric Industrial Co., )
   Ltd., et al., S.D. New York, C.A. No. 1:07-10322 )

MDL No. 1917

**FILED**

FEB 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRANSFER ORDER**

**Before the entire Panel**: Plaintiff in the Northern District of California action has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Northern District of California. All responding parties agree that centralization is appropriate and variously support one or more of the following suggested transferee districts: the Northern District of California, the District of Minnesota, the District of New Jersey, the Southern District of New York, and the District of South Carolina.

This litigation currently consists of two actions pending in two districts, one action each in the Northern District of California and the Southern District of New York.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions relating to allegations that defendants – manufacturers of cathode ray tubes (CRTs) and products containing CRTs – conspired to fix prices of CRT products in violation of the Sherman Antitrust Act. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of California is an appropriate transferee forum for this litigation. One of the two actions before us and twelve potential tag-along actions are

---

[1] The Panel has been notified that 26 other related actions have been filed as follows: twelve actions in the Northern District of California; three actions each in the District of New Jersey and the Southern District of New York; two actions in the District of Minnesota; and one action each in the District of Arizona, the Western District of Arkansas, the Northern District of Ohio, the District of South Carolina, the Eastern District of Tennessee, and the District of Vermont. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

already pending in that district, and some defendants and some plaintiffs support centralization there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action pending in the Southern District of New York is transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Samuel Conti for coordinated or consolidated pretrial proceedings with the action pending there.

                        PANEL ON MULTIDISTRICT LITIGATION

                        _____
                        John G. Heyburn II
                        Chairman

| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

February 15, 2008

Honorable Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Re: MDL No. 1917 -- IN RE: Cathode Ray Tube (CRT) Antitrust Litigation

Dear Judge Conti:

     Attached are: (i) a letter directed to the Clerk of your district advising that the above-referenced litigation has been transferred to you under 28 U.S.C. § 1407 and (ii) a copy of the related transfer order.

     As you may know, all multidistrict litigation statistics are maintained by this office and submitted to the Administrative Office for inclusion in the Annual Report of the Director. Consequently, once yearly we will verify with your Clerk the actual number and status of the actions assigned to you, including actions added to the docket either by transfer of tag-along actions or additional related actions originally filed in your district. A copy of our inquiry to your Clerk will be directed to you for your information.

     We have a Citrix remote access server for use by transferee courts in accessing our database for information regarding assigned multidistrict litigation. The server can be accessed by you if you have a Windows based personal computer with DCN access. Our database contains transferor and transferee information for each action transferred by the Panel and actions filed in your district. Counsel identified in the database are those who made appearances in the transferor districts, counsel who filed appearances before the Panel and counsel assigned by you as liaison counsel. Also, each individual action is tracked from the date of transfer to termination either by dismissal, remand to transferor district, remand to state court, etc. If you are interested in utilizing the server, please feel free to contact our Systems Administrator, Al Ghiorzi, to establish a password and receive instructional information.

     Your attention is directed to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), dealing with termination and remand of actions transferred by the Panel. Specifically, the rule states, in part, the following:

- 2 -

(a) Actions terminated in the transferee district court by valid judgment, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, shall not be remanded by the Panel and shall be dismissed by the transferee district court....

(b) Each action transferred only for coordinated or consolidated pretrial proceedings that has not been terminated in the transferee district court shall be remanded by the Panel to the transferor district for trial....

(c) The Panel shall consider remand of each transferred action or any separable claim, cross-claim, counterclaim or third-party claim at or before the conclusion of coordinated or consolidated pretrial proceedings on...suggestion of the transferee district court....

We will promptly act upon any written notices from you that remand of actions or separable claims transferred under Section 1407 is appropriate.

If you appoint liaison counsel, in your pretrial order outlining liaison counsel's responsibilities, please consider reinforcing Panel Rule 5.2(e), which provides:

If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule [Panel Rule 5.2, Service of Papers Filed Before the Panel] shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

Feel free to contact this office if we may be of assistance to you.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Docket Specialist


Attachments (Separate Documents)

cc:   Clerk, United States District Court
      for the Northern District of California

JPML Form 23

Printed on 02/15/2008

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1917 - IN RE: Cathode Ray Tube (CRT) Antitrust Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 1917 - Cathode Ray Tube (CRT) AT
  For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1917 - IN RE: Cathode Ray Tube (CRT) Antitrust Litigation
Status: Transferred on 02/15/2008
Transferee District: CAN     Judge: Conti, Samuel

Printed on 02/15/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Beijing-Matsushita Color,<br>No. 9 Jiuxianqiao N. Rd.<br>Dashanzi Chaoyang District<br>Beijing, China | =><br>Beijing-Matsushita Color CRT Co., Ltd. |
| Bendes, Barry<br>EDWARDS ANGELL PALMER & DODGE LLP<br>750 Lexington Avenue<br>New York, NY 10022 | =>Phone: (212) 912-2911  Fax: (212) 308-4844  Email: bbendes@eapdlaw.com<br>Orion America, Inc.* |
| Chunghwa Picture Tubes,<br>No. 1127, Heping Rd.<br>Bade City, Taoyuan, Taiwan | =><br>Chunghwa Picture Tubes, Ltd. |
| Chunghwa Picture Tubes,<br>Lot 1, Subang Hi-Tech Industrial Park<br>Batu Tiga, 4000 Shah Alam<br>Selango Darul Ehsan, Malaysia | =><br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Curran, Christopher M.<br>WHITE & CASE LLP<br>701 13th Street, N.W.<br>Washington, DC 20005-3807 | =>Phone: (202) 626-3643  Fax: (202) 639-9355  Email: ccurran@whitecase.com<br>Toshiba America, Inc.* |
| Halling, Gary L.<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111-4109 | =>Phone: (415) 434-9100  Fax: (415) 434-3947  Email: ghalling@sheppardmullins.com<br>Samsung SDI America, Inc.* |
| Hitachi Asia, Ltd.,<br>16 Collyer Quay, #20-00 Hitachi Tower<br>Singapore 049318 | =><br>Hitachi Asia, Ltd. |
| Hitachi, Ltd.,<br>6-6, Marunouchi 1-chome<br>Chiyoda-ku, Tokyo, 100-8280, Japan | =><br>Hitachi, Ltd. |
| Irico Display Devices Co.,<br>No. 16 Fenghui South Road West<br>Disctrict High-tech Development Zone<br>Xi'an, SXI 710075<br>*** Bad Address *** | =><br>Irico Display Devices Co., Ltd. |
| Irico Group Corp.,<br>1 Caihong Rd.<br>Xianyang City, Shaanxi Province 712021 | =><br>Irico Group Corp. |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,917 Continued)* Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Koninklijke Philips Elect,<br>Breitner Center, Amstelplein 2, 1096 BC<br>Amsterdam, The Netherlands | => Koninklijke Philips Electronics N.V. |
| LG Electronics, Inc.,<br>LG Twin Towers<br>20, Yeouido-dong, Youngdungpo-gu<br>Seoul<br>150-721 Korea | => LG Electronics, Inc. |
| LP Displays International,<br>6th Floor, ING Tower<br>308 Des Voeux Road Central<br>Sheung Wan, Hong Kong | => LP Displays International, Ltd. |
| Lovell, Christopher<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>Floor 58<br>New York, NY 10110 | => Phone: (212) 608-1900  Fax: (212) 719-4677<br>Kindt, Andrew* |
| Matsushita Toshiba Pictur,<br>1-1, Saiwai-cho<br>Takatsuki-shi, Osaka 569-1193, Japan | => Matsushita Toshiba Picture Display Co., Ltd. |
| Ostoyich, Joseph A.<br>HOWREY & SIMON<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Philips Electronics North America Corp.* |
| Roger, Kent M.<br>MORGAN LEWIS & BOCKIUS LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126 | => Phone: (415) 442-1140  Fax: (415) 442-1001<br>Hitachi America, Ltd.* |
| Samsung SDI Co., Ltd.,<br>575 Shin-dong, Youngtong-gu Suwon<br>Kyonggi, South Korea<br>*** Bad Address *** | => Samsung SDI Co., Ltd. |
| Samtel Color, Ltd.,<br>52, Community Centre, New Friends Colony<br>New Delhi-110065 | => Samtel Color, Ltd. |
| Simon, Bruce L.<br>PEARSON SIMON SOTER WARSHAW & PENNY LLP<br>44 Montgomery Street<br>Suite 1200<br>San Francisco, CA 94104 | => Phone: (415) 433-9000  Fax: (415) 433-9008  Email: bsimon@psswplaw.com<br>Crago, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,917 Continued)*                                                                                                      Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Thai CRT Co., Ltd., <br> 1/F 26 Siam Cement Rd <br> Bangsue Dusit, Bangkok, Thailand | => <br> Thai CRT Co., Ltd. |
| Toshiba Corp., <br> Legal Affairs Division <br> 1-1, Shibaura 1-Chome <br> Minato-Ku, Tokyo <br> 105-8001 Japan | => <br> Toshiba Corp. |
| Viola, Anthony J. <br> EDWARDS ANGELL PALMER & DODGE LLP <br> 750 Lexington Avenue <br> New York, NY 10022 | => Phone: (212) 912-2827  Fax: (212) 308-4844  Email: aviola@eapdlaw.com <br> Orion Electric Co., Ltd.* |
| Yohai, David L. <br> WEIL GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153-0119 | => Phone: (212) 310-8000  Fax: (212) 310-8007 <br> Matsushita Electric Industrial Co., Ltd.*; Panasonic Corp. of North America* |

Note: Please refer to the report title page for complete report scope and key.