| | |
|---|---|
| 1 | Daniel E. Birkhaeuser (California Bar No.136646) |
| | Jennifer S. Rosenberg (California Bar No.121023) |
| 2 | BRAMSON, PLUTZIK, MAHLER & |
| | BIRKHAEUSER, LLP |
| 3 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA 94598 |
| 4 | Telephone: (925) 945-0200 |
| | Facsimile: (925) 945-8792 |
| 5 | dbirkhaeuser@bramsonplutzik.com |

6  David Boies
7  Timothy Battin
   Christopher Le
8  STRAUS & BOIES, LLP
   4041 University Drive, 5th Floor
9  Fairfax, VA 22030
   Telephone: (703) 764-8700
10 Facsimile: (703) 764-8704

11 Eric J. Pickar
12 BANGS, McCULLEN, BUTLER, FOYE & SIMMONS, LLP
   333 West Boulevard, Suite 400
13 P.O. Box 2670
   Rapid City, SD 57709-2670
14 Telephone: (605) 343-1040

15 Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) LITIGATION | CIVIL ACTION NO. M:08-CV-01917-SC |
| This Document Relates to: | **[PROPOSED] ORDER RELATING CASES** |
| DONNA ELLINGSON v. CHUNGHWA PICTURE TUBES LTD., *et al.*, Case No. C08-01364 | |

[PROPOSED] ORDER RELATING CASES [CASE NO. C08-01364]
53186

1   On March 12, 2008, plaintiff Donna Ellingson filed an Administrative Motion to Consider
2   Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The time for filing an
3   opposition or statement of support has passed. The Court having considered the papers and
4   pleadings on file, and good cause appearing, hereby
5   GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related,
6   and ORDERS that *Ellingson v. Chunghwa Picture Tubes Ltd., et al.*, Case No. C08-01364, is
7   related to those cases consolidated and related within *In Re Cathode Ray Tube (Crt) Litigation*, No.
8   M:08-CV-01917-SC.
9   **IT IS SO ORDERED.**

Dated:_____

_____
The Honorable Samuel Conti
Judge, United States District Court