United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation ) ) ──────────────────────────────── ) CRAGO, Inc., ) ) Plaintiff, ) ) v. ) ) CHUNGHWA PICTURE TUBES, LTD., et al., ) ) Defendants. ) ──────────────────────────────── ) | Case No. 07-5944 SC 08-1319 WDB 08-1364 MEJ 08-1371 MMC 08-1108 JF ORDER CONSOLIDATING CASES |

The Court hereby finds that civil cases <u>Stack et al. v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1319, <u>Elligson v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1364, <u>Nasto et al. v. LG Electronics, Inc., et al.</u>, Case No. 08-1371, and <u>Gonzalez v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1108, are suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings.  This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

///

///

This consolidated case will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971. All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

IT IS SO ORDERED.

Dated: March 17, 2008      

UNITED STATES DISTRICT JUDGE

2