Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF GEORGE L. PAUL** |

PLEASE TAKE NOTICE that George L. Paul hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. Mr. Paul is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Dated: May 8, 2008

Respectfully submitted,

**WHITE & CASE LLP**

By: _/s/ George L. Paul_
Christopher M. Curran (*pro hac vice*)
George L. Paul (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

# CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

    I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

    On May 8, 2008, I filed the foregoing Notice of Appearance of George L. Paul with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 Issac L. Diel
2 SHARP MCQUEEN
  6900 College Boulevard, Suite 285
3 Overland Park, KS 66211
4
  Lori A. Fanning
5 Matthew E. Van Tine
  MILLER LAW LLC
6
  115 South LaSalle Street, Suite 2910
7 Chicago, IL 60603
8
  John Gressette Felder, Jr.
9 MCGOWAN HOOD FELDER AND JOHNSON
  1405 Calhoun Street
10 Columbia, SC 29201
11
  Traviss Levine Galloway
12 ZELLE HOFMANN VOELBEL MASON & GETTE
  44 Montgomery Street, Suite 3400
13
  San Francisco, CA 94104
14
15 Martin E. Grossman
  LAW OFFICES OF MARTIN E. GROSSMAN
16 2121 Green Brier Drive
17 Villanova, PA 19085
18
  Richard M. Hagstrom
19 ZELLE HOFMANN VOELBEL MASON & GETTE LLP
  500 Washington Avenue South, Suite 4000
20
  Minneapolis, MN 55415
21
22 Krishna B. Narine
  SCHIFFRIN & BARROWAY, LLP
23 Three Bala Plaza East, Suite 400
  Bala Cynwood, PA 19004
24
25 Mark Reinhardt
  REINHARDT WENDORF & BLANCHFIELD
26 East 1250 First National Bank Building
27 322 Minnesota Street
  St. Paul, MN 55101
28

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917
2

```
 1  Jean B. Roth
 2  Lawrence P. Schaefer
    Seymour J. Mansfield
 3  MANSFIELD TANICK & COHEN
    1700 U.S. Bank Plaza South
 4  220 South Sixth Street
 5  Minneapolis, MN 55402-4511

 6
    Roger Martin Schrimp
 7  DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
    1601 I Street, 5th Floor
 8  Modesto, CA 95354
 9
    Imtiaz A. Siddiqui
10  LOVELL STEWART HALEBIAN LLP
11  500 Fifth Avenue
    New York, NY 10110
12

13  Donna F. Solen
    MASON LAW FIRM
14  1225 19th Street, NW, Suite 500
15  Washington, DC 20036

16
    John M. Taladay
17  BAKER & HOSTETLER
    1050 Connecticut Avenue NW
18  Washington, DC 20036
19
    Jonathan Mark Watkins
20  THE FURTH FIRM LLP
21  225 Bush Street, 15th Floor
    San Francisco, CA 94104-4249
22
23
24                                   
                                     _____
25                                              Ted Booth
26
27
28
```

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917

3